THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MERCANTILE EXCHANGE, Appellant, *v.* DANIEL F. MURPHY, as a Magistrate of the City of New York, Respondent.

*People ex rel. N. Y. Mercantile Exchange* v. *Murphy*, 150 App. Div. ——, affirmed.

(Argued May 1, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1912, which affirmed an order of Special Term denying a motion for a writ of prohibition to prevent the defendant from continuing an *ex parte* investigation into certain alleged violations of section 341 of the Business Law by certain persons and corporations on the ground that the magistrate's jurisdiction in regard to such an investigation is confined to natural persons and has no application to corporations.

*Franklin Taylor* for appellant.

*Charles S. Whitman, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.